Celia Victorina BENAVIDEZ, Petitioner,

v.

Eric H. HOLDER Jr., Attorney General, Respondent.

No. 07–74325.

United States Court of Appeals, Ninth Circuit.

Submitted April 5, 2010.*

Filed April 14, 2010.

Shan Potts, Law Offices of Larry W. Smith, Los Angeles, CA, for Petitioner.

Lyle Davis Jentzer, Esquire, DOJ—U.S. Department of Justice, Washington, DC, for Respondent.

Before: RYMER, McKEOWN, and PAEZ, Circuit Judges.

MEMORANDUM **

Celia Victorina Benavidez, a native and citizen of El Salvador, petitions for review of the Board of Immigration Appeals' ("BIA") order summarily affirming an immigration judge's decision finding her re-movable and denying her applications for cancellation of removal and voluntary departure. We dismiss the petition for review.

We lack jurisdiction to review Benavidez's contentions regarding her conviction because she failed to exhaust the contentions before the BIA. *See Figueroa v. Mukasey,* 543 F.3d 487, 492 (9th Cir.2008) ("The exhaustion doctrine requires that the petitioner put the BIA on notice as to the specific issues so that the BIA has an opportunity to pass on those issues.") (internal quotations and alterations omitted).

PETITION FOR REVIEW DISMISSED.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

